# EXHIBIT C



TECH SHEET

# Bis(monoacylglycero)phosphate (BMP)



## Deliverables

This pre-validated panel includes 19 species of bis(monoacylglycero)phosphate (BMP), also known as lysobisphosphatidic acid (LBPA), and provides **fully quantitative results** (expressed in pmol). Species are reported separately for each *sn*-isomer (2,2'; 2,3'; 3,3'). In addition, the amount of each sample used is reported (weight or volume).



## Method

BMP is analysed by **LC/ESI-MS/MS** with an Agilent 1290 HPLC system combined with an Agilent 6495 Triplequad mass spectrometer (Agilent Technologies, Santa Clara, USA). Samples are extracted with organic solvents. For lipid quantification, deuterated internal standards are added prior to sample extraction and a calibration curve of authentic BMP (18:1-18:1) is used. Clean extracts are loaded on the LC system for LC/ESI-MS/MS analysis. Mass spectrometry analysis is performed with multiple reaction monitoring (MRM) in negative ion mode with at least two mass transitions for each compound. Data analysis is done using Mass Hunter software (Agilent Technologies).



## Sample submission guidelines

| SAMPLE TYPE | SAMPLE AMOUNT | SHIPMENT CONDITIONS |
|---|---|---|
| **Blood plasma** | 100 µl | *Frozen, on dry ice* |
| **Tissue** | 20 mg | *Frozen, on dry ice* |
| **Cells** | $1 \times 10^6$ cells *or* 150 µg of total protein | *Frozen, on dry ice* |
| **CSF** (cerebrospinal fluid) | 300 µl | *Frozen, on dry ice* |
| **Urine** | 2 ml | *Frozen, on dry ice* |

## Minimal sample number: 10

## Standard turnaround time: 6 weeks

(for projects with up to 100 samples)

**Expedited delivery** is possible for an additional fee.

## Applications

- Lysosomal storage disorders (Wolman's disease, Niemann-Pick disease and neuronal ceroid lipofuscinoses)
- Phospholipidosis
- Liver and Kidney diseases
- Neurodegenerative disorders

1

## Covered analytes

| ANALYTE | SPECIES* |
|---|---|
| **Bis(monoacylglycero)phosphate** | 18:0_16:0 |
| | 18:0_18:0 |
| | 18:1_16:0 |
| | 18:1_16:1 |
| | 18:1_18:1 |
| | 18:1_18:2 |
| | 18:1_20:1 |
| | 18:1_20:2 |
| | 18:1_20:3 |
| | 18:1_20:4 |
| | 18:1_22:6 |
| | 18:2_16:0 |
| | 18:2_18:0 |
| | 20:1_22:6 |
| | 20:4_16:0 |
| | 20:4_18:0 |
| | 20:4_20:4 |
| | 20:4_22:6 |
| | 22:6_22:6 |

*\* Species are reported at the level of sn-isomers.*
  *I.e., for each species 2,2'; 2,3'; 3,3' isomers will be reported.*

**For enquiries, please contact:**
Lipotype GmbH | Tatzberg 47 | 01307 Dresden | Germany
Lipotype Inc. | 1 Broadway, 14th floor | Cambridge, MA 02142 | United States
sales@lipotype.com

www.lipotype.com

